**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FRANCESCO MARIO PROVENZANO,

    Plaintiff,

v.                                               CASE NO: 8:06-cv-1303-T-26TBM

JIM COATS, Sheriff of Pinellas County, Florida;
MICHAEL J. PEASLEY, II, Deputy Sheriff, Pinellas
County, Florida; and KENNETH S. KUBLER,
Deputy Sheriff, Pinellas County, Florida, all in
their individual and official capacities,

    Defendants.
_____/

**O R D E R**

Plaintiff, proceeding *pro se*, has filed motion to deny summary judgment with regard to Defendants' pending motion for summary judgment. Such a motion is not necessary. Accordingly, Plaintiff's Motion to Deny Summary Judgment (Dkt. 32) is denied. The pleading will be treated as his formal response to Defendants' motion for summary judgment.

**DONE AND ORDERED** at Tampa, Florida, on June 15, 2007.

                                         s/*Richard A. Lazzara*
                                         **RICHARD A. LAZZARA
                                         UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record and Plaintiff, pro se