# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FRANCESCO MARIO PROVENZANO,

    Plaintiff,

v.                                CASE NO: 8:06-cv-1303-T-26TBM

JIM COATS, Sheriff of Pinellas County, Florida;
MICHAEL J. PEASLEY, II, Deputy Sheriff, Pinellas
County, Florida; and KENNETH S. KUBLER,
Deputy Sheriff, Pinellas County, Florida, all in
their individual and official capacities,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, and in recognition of Plaintiff's *pro se* status, it is ordered and adjudged that Defendants' Motion to Strike Portions of Plaintiff's Response to Defendants' Motion for Summary Judgment (Dkt. 34) is denied. The Court will, however, scrutinize the disputed portions of Plaintiff's response to insure that they comply with the law governing motions for summary judgment.

**DONE AND ORDERED** at Tampa, Florida, on June 19, 2007.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record and Plaintiff, pro se